No. 61977.—L. Bamberger & Co. *v.* United States, protest 141317–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 21, 1958

No. 61978.—John Edgar Staren et al. *v.* United States, protests 188346–K, etc. (Nogales).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

No. 61979.—John Edgar Staren *v.* United States, protests 188347–K, etc. (Nogales).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 61980.—John E. Staren *v.* United States, protests 189410–K, etc. (Nogales).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil*

*Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61981.**—John N. Germack et al. *v.* United States, protests 120415–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (42 C. C. P. A. 78, C. A. D. 575), the claim of the plaintiffs was sustained.

**No. 61982.**—Vita Food Products, Inc., et al. *v.* United States, protests 131878–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 61983.**—Samuel Shapiro & Co., Inc. *v.* United States, protests 151954–K and 162481–K (Baltimore).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiff was sustained.

**No. 61984.**—Joseph Victori & Co., Inc. *v.* United States, protest 183704–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 22, 1958

**No. 61985.**—Traveler Trading Co. *v.* United States, protest 314668–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.